1  Marc Van Der Hout (California Bar # 80778)
   Stacey L. Gartland (California Bar # 184694)
2  Beth Feinberg (California Bar # 240857)
3  Van Der Hout, Brigagliano & Nightingale, LLP
   180 Sutter Street, Fifth Floor
4  San Francisco, California 94104
   Telephone:  (415) 981-3000
5  Facsimile:  (415) 981-3003
   Email: ndca@vblaw.com
6

7  Attorneys for Plaintiffs
   Hamid Reza RATEGH
8  Leila ESTAKI

**GRANTED**

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hamid Reza RATEGH; and Leila ESTAKI<br><br>    Plaintiffs,<br><br>    v.<br><br>Frank SICILIANO, in his Official Capacity, Officer in Charge, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, San Jose, California; Christina POULOS, in her Official Capacity, Acting Director, California Service Center, U.S. Citizenship and Immigration Services, Department of Homeland Security; Emilio T. GONZALEZ, in his official Capacity, Director, United States Citizenship and Immigration Services, Department of Homeland Security; Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; and Alberto GONZALES, United States Attorney General, Department of Justice<br><br>    Defendants. | Case No. CV 06-07219 JW<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br><u>Immigration Case, Administrative Procedure Act Case</u><br><br>Agency Nos.:   A97 856 858<br>                         A97 856 859 |

NOTICE OF VOLUNTARY DISMISSAL                                                          Case No. CV 06-07219 JW

1  Plaintiffs hereby voluntarily dismisses the above-captioned case in light of the adjudication and granting of their applications for adjustment of status to permanent residence. Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action may be dismissed voluntarily by Plaintiffs without order of the court, as the notice of dismissal is filed before service by Defendants of an answer or motion for summary judgment.

Respectfully submitted,

Marc Van Der Hout
Stacey L. Gartland
Beth Feinberg

Attorneys for Plaintiffs

By:_____/s/_____
Stacey L. Gartland